Circumstances They're not ideal from the standpoint of traditional arguments and but they worked well for our panels last month and with all of our cooperation and Good spirits. I think they will work again today the judges have had Not practice arguments, but we've been up and up and getting familiar with the technology so counsel Let's let's keep this informal if somebody has a question Be sure that don't don't be don't be afraid to speak up because for some reason you think we're not We're not doing this as well as we could So with that must anyone has any initial questions of Mr. Macy the balls in your court Thank you, good morning judge welcome and may it please the court This is a case where? The defendant was convicted on three counts threatening a law enforcement officer resisting The arrest of a law enforcement officer and thorn in possession of a weapon I am the second appellate attorney representing. Mr. Everett in this case. I was recruited by the court to assist with the rehafe issue vs. United States that came down last year Regarding the third to instruct on whether the defendant knowingly committed the crime and was aware of his prohibited status I do have comments to make regarding what might not just say the court appreciates your Willingness to step in and deal with that new issue and help your client. Oh, it's always my pleasure Anyway, I'm prepared to make Remarks regarding the all the briefing in this case My worthy adversary. Mr. Casey has made a compelling argument in regard to the rehafe issue This case is very much like the Hollingshead case decided earlier this year where We had a defendant who Like mr. Everett made certain telephone calls from the prison where he's being held which Evidently the jury thought Suggested that he was aware that he should not have been possessing a weapon at the time of the offense So the Considerations whether or not the Condition for felon possession should stand or was there an error? Was the error clear? And did it Substantially affect his rights and did it substantially affect the reputation and fairness of these proceedings? I think we have one and two It was error because the Supreme Court's decision while this case was pending controls It was it was an error that was clear so then the question becomes did it affect his substantial rights as my Counsel, let me just stop you because the I think the Ninth Circuit case that that Hollingshead sort of cracked on assumed without deciding that rehafe would apply to a felon in possession of In a more typical, let's say 924 C than the immigration issue and rehafe and we did the same So if if Hollingshead is not controlling against you then Seems to me we would have to take that up and I don't know if anyone any appellate court has We are Hollingshead's a problem for the defendant. I think I For this defendant I should say I think Hollingshead does not assist mr. Everett I must be can't I must be in all candor in that regard because that's what the cases seem to be holding uniformly You have to have all four of those position all four of those considerations in your favor, and we really only have two But tying this into my predecessor and interests argument and the opening brief he made Is the fact that the defendant by all accounts Was under the influence of something and in fact, it turned out he was under the influence of PCP now the record is Essentially bereft of any explanation of what PCP is how it affects people How long it its effect is I That I could make an argument today that the court should be able to take judicial notice of What PCP is reported to do and that is reflected in? Mr. Everett's conduct in the entirety of this encounter at the federal building in Kansas City Mr. McCauley pointed out that no sane person would bang his head on the concrete All indications are that mr. Everett Just did not could not have known what he was doing And taking that to its logical extension He probably didn't know that he was not supposed to have a weapon at the time this offense occurred now nobody made that argument below and frankly, it wasn't briefed to this court, but in reviewing this case for preparation on how to Square this case, but Pauling said this is something that struck me as something for the court to at least consider And I actually In that regard it seems to me the briefs were inconsistent on whether the gun was in plain view and I gather It may not have been it did not belong to Everett How does that all play in Well, you know, it comes down to a matter of how much control that mr. Everett exercise over this vehicle. I Don't believe there was any evidence showing Him arriving in the vehicle and getting out I could be wrong, but I don't believe there was I know there was video evidence, but I don't remember seeing that Happen such that what what was the evidence on on the ownership and the plain view there? Is is that I mean the constructive possessions pretty hard to get around It is but but I was I was I was trying to Great relate this to the knowledge question Both intent is to the crime and the rehab, right? Well It Was problematic to get around the constructive possession The magistrate judge Reported and recommended to not suppress The statement is so far. It was as it was voluntary Or was not course I should say I Don't a statement was not from somebody who had a sound mind The circumstances we have evidence of or is that there was a gun found and that there were Circumstances indicating that mr. Everett had control over this vehicle. I don't think Well, the jury said otherwise, I don't think there was sufficient evidence to find that beyond a reasonable doubt As Far as the possession of the weapon is concerned the other two counts, I think the Intoxication under PCP Should have led the jury to believe Beyond a reasonable and that there was a knockdown I should say To warrant finding him not guilty on those two counts Counselor this is judge Chris in that regard Wouldn't the recorded jailhouse calls be relevant to determining his intent First of all as my my predecessor interest argued was that the only people we know who had any kind of intent were the two people on the Jail calls. Mr. Everett and their girlfriend. Another thing they've taken to consideration is that this event happened in March The calls were reported in April of 2000, you know the following month By then, mr Everett was aware of what charges were pending against him such that it could very well have been his intent was to not avoid a Felon in possession charge because he knew it was not authorized to possess one, but because he just didn't have The suggestion By the calls that the jury evidently bought as it was in Hollingshead was was that the jail calls indicated a guilty mind Isn't that sorry counsel? Isn't that a permissible inference from those calls? No, you know, I have to concede that it is a permissible But I also must I think the jury must have taken into consideration when it was made Well, I'm wondering what it'd be would the inference be sufficient to To find the person guilty beyond a reasonable doubt Well, then I think you have to tie into an intoxication problem All things considered at the time this offense occurred There's just enough reasonable doubt to exonerate him on actually all counts including the felony possession count I'd like to go back if I could to his knowledge of his status as a felon and the impact of the PCP intoxication on that Wouldn't there be a difference between his knowledge at the time of the incident and at the time that he obtained the weapon? Maybe so your honor, but I don't think we have any evidence when he obtained when when he obtained the what? Let's say he obtained it two weeks prior and wasn't under the influence of anything Well, there you go. I mean he there was evidence that presented a trial But now the state of the stipulation, but there was also testimonial evidence regarding a Kansas conviction from 2009 Whereby he served five years in prison, I think That poses a problem for mr. In this case and so far as that well, he lost five years of his life in prison, I would think one would be Aware that one has served more than one year in prison for any kind of offense So back to your question judge Ross's is whether or not At the time of the offense he was aware and my position is that the court should consider His intoxication in that regard such that I think there was enough doubt to be able to find that He was not aware Was the was his prior offense in the time that he served in the record before the jury? just a description of I Violence involving a firearm. I think that was the most that was said about that Could the instruction The like of the instruction to be harmless error in that case If I mean you have to ask you a question, I think you have to ask yourself. Is it likely that That he would have been convicted if the jury had been properly instructed. Is that right? Yeah, I must confess that the record does disclose That one could reach that conclusion just me, but I mean is it was it in the record before the jury? I mean that question has to be whether this jury would have almost certainly Convicted him anyway, right on the basis of the evidence before this jury Most likely your honor, I'm sorry most likely there was likely yes, okay. Thank you unless the court has any further questions, I'll Preserve the remainder of my time necessary. Very good. Thank you Mr. Casey Your honors may please the court Brian Casey on behalf of the United States this matter and just starting with the Reha Eve issue I think the Holland shed case is About is on all fours as a case could be on the facts In Holland shed this court looked to three factors to find that Despite the error the instructional error the jury would have found the defendants Well, I'm sorry the defendant could not meet his burden under the planar standard to show a reasonable probability of acquittal And those three factors were that he'd been previously sentenced for a case I believe of 78 months he had previously served four years And he made some jail calls suggesting that he tried to find someone else to say it was their gun But before you leave Holland shed let me ask you I assume that I assume The government is facing this Reha Eve issue All over the country yet. Do you do you know if any court has addressed the question whether an old chief stipulation? without more satisfies Reha Eve Courts have addressed it and this court has Looked at the issue, but not resolved it right in the Ninth Circuit did the same I was asking has any court going further and Going up or down on the question no no court has ruled on it yet, and I think Governor's position is that the old chief stipulation is enough and that would be so I would expect that to be I would check that To be your position. That's I just wondered if you if you're if your pipeline had gotten you Information that we haven't seen from research. That's good. I have a head go ahead. I've seen that yet your honor But yeah, well and I argue in the brief that you know the old chief stipulation should be enough But in this case, I don't think that you know that would be something the court wouldn't need to decide because the facts Are in this case? I think the defendant had been previously sentenced to 79 months He'd served over five years and he had the same type of jail phone call where he tries to find a The girlfriend to come up with a story that it was someone else's gun House that's remarkably similar, and I think you know in that regard Hodge had controls Counsel well what if at the time of the offense he was so affected by the PCP that he didn't realize he was a film Yeah, I think that in the instance of his knowledge of being a felon that factors irrelevant and the reason is 920 922 g G1 is a general intent crime and Voluntary intoxication is not a defense to general intent crimes he by intoxicating himself he put himself in a position where He could end up possessing a firearm and that was the risk he assumed through the intoxication And because it's a general intent crime the voluntary intoxication really isn't an issue for this court to consider And you know I think that's even true If we were just looking at the knowledge of possession Element that wouldn't be a defense. I think that's doubly true when we're talking about knowledge of status So moving on past the supplemental issue unless there's other questions from the court I will go then to the The first issue in the in the brief, and I know that mr.. Nacy did not write the brief and I'll move through these issues quickly unless there are questions, but the first issue being the Suppression issue and the question whether or not the gun was suppressed In the brain in our brief the government argues three independent bases by which this court could affirm And I think all three are are equally strong the principle one being Even if the statement that I have a gun in the car was outside of Miranda under the Patani decision There is no fruits of a Miranda violation And there's no evidence in this record that his will was overborne that he was being coerced in some way The no evidence of coercion was a specific finding by the district court So that would be one reviewed by clear error, and there's nothing in the record to show that Factual determination was clearly erroneous Nonetheless the gun was also found as a result of a valid inventory search the officers Testified that their search was pursuant to their own policy This court has found that that test that type of testimony alone is enough to find that the search was pursuant to policy There's really no argument made that it was pretextual and so also I think the gun could be Is admissible as the fruits of a valid inventory search and then lastly as a judge low convention? We also argue in the brief that it was in plain view and the trial testimony Was that the gun you could see it from the open door of the car that the car was illegally parked? Had its door open had no driver around it, and there was a gun peeking out from underneath the driver's seat and so that testimony alone would provide a sufficient basis to Justify the officer's seizure, but also admissibility of the gun I did have a question regarding. I think what is your second argument, and that's basically the voluntariness of the statement was there a factual finding made By the trial court regarding whether he was asked a question about the gun while and physically restrained the Mastery courts are and are Found that the government did not mean it's burdened to show that he wasn't asked. I didn't make a factual finding That it was a custodial interrogation. It just said the government needed to prove that it was a custodial Interrogation and didn't meet that burden and the reason was because the government presented inconsistent testimony on the issue I Was going to ask on the on the on the Inventory search Was there any evidence about as opposed to policy the practice? At this Kansas City federal building of how long a a car Illegally occupying an emergency space would be allowed to remain before being towed There was nothing in the record with regard to the officers at the federal building The evidence came from two Kansas City Police Department officers who arrived at scene later And their testimony was they would if the driver wasn't around In this case they knew the driver had just been arrested They would they would always tow And I don't know their specific evidence as to the timing like how long they would allow the car to be there But their testimony was because we knew the driver Wasn't going to be coming back anytime soon, and we had no way to contact the owner They that circumstance we needed to move the car until it What was the evidence that the the federal authorities wanted them to tell it I Mean they didn't just come on the federal did they come on the federal property uninvited and The day that well, I'm not sure tracking the question the two Kansas City Police officers They responded to the altercation. So they were about a block away And they saw the altercation take place. So they responded at that point To helps to do mr. Everett And so at that point they were already on the scene and already involved in the investigation When they went to look at the illegally parked car Thank you If There's no further questions on that issue, I'll touch briefly on the issue of the phone calls under wolf 403 it's designed to Exclude evidence that is unfairly prejudicial While this evidence was very much prejudicial to mr. Everett There's no argument and no showing and nothing in the record to say it was unfairly so It was simply his statements being used against them And they were relevant to all three counts in the intent issue on all three counts And if there's no questions that you'll move very briefly to the sufficiency of the evidence sufficiency of the evidence on the gun count You know in particular with the jail calls is quite overwhelming Nonetheless what the jury could infer so when we're evaluating sufficiency we're evaluating what the jury could reasonably infer The jury saw the video they saw his behavior. They saw mr. Everett leave the federal building walk back out to his illegally parked car Open the door Lean into it, which they could easily infer he was placing something in it and then walk away and go back And engage the officers and so what the jury was able to see they could infer that mr. Everett had the gun on him Went put it in the car then went and talked to the officers and that's by itself enough to prove knowing possession It's consistent with mr. Everett statements during the jail calls where he he asked one of his friends well, did they say I had it in the building and The friends said no they say it was in the car. Mr. Everett said yes. Yes, that's where it was. It was in the car so that alone Is it is enough to prove his knowing possession But even if we don't allow the inference that he had it in the building with him His knowledge of it in the car in particular going opening the door. He would have seen it and also The fact that his jail calls. He's trying to find someone else to take he's not in the jail calls trying to say Well, I didn't know it was there. He's trying to come up with this story. He's trying to say well it was in the car It wasn't on me is his first story in the calls Which that shows knowing possession in its own, right? But then it's what can you find someone else to say that they were driving the car? And so this is all consciousness of guilt evidence. And again, it's quite overwhelming on his intent And if there's no questions on that I'll move to the to the last issue which is the sufficiency of the evidence on the to assault related counts Mr. Everett argues that he was Intoxicated the jury actually received an intoxication instruction and rejected it And in fact with regard to the assault on an officer This court has ruled that the intoxication isn't a defense to that But nonetheless the jury got that instruction they considered it They rejected it in light of the evidence and that is absolutely a reasonable finding If there's a no further questions, I will refer the rest of the argument to our briefs Thank you Mr. Nancy, you've got a couple minutes for rebuttal You know I think I'll rest at this point on my prior argument made this morning as well as on the briefing that has been made in This case and I asked the court to reverse the matter and order new trial Very good. Thank you counsel. Very very good arguments and they worked well with this with this Involuntary technology we're dealing with here. It's Again, I thank you and we'll take the case under advisement. Very good. Good day gentlemen